# B1 (Official Form 1) (4/10)

## United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>ON THE GRILL FOOD CORPORATION | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 66-0488729 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>5A CALLE TABONUCO<br>GUAYNABO, PR<br>ZIPCODE 00968 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PMB 302<br>B-5 CALLE TABONUCO<br>SUITE 216<br>GUAYNABO, PR<br>ZIPCODE 00968-3029 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

### Type of Debtor (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  FOOD AND BEBERAGES

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

### Filing Fee (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): ON THE GRILL FOOD CORPORATION | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
 Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
ON THE GRILL FOOD CORPORATION

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)

C. CONDE & ASSOCIATES
Firm Name

254 SAN JOSE STREET
Address

SUITE 5c - SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

SEPTEMBER 13, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

JAVIER JUELLE
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

SEPTEMBER 13, 2010
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

# CERTIFICADO DE RESOLUCION CORPORATIVA DE

# ON THE GRILL FOOD CORP.

Yo, Oscar Juelle, Secretario de On The Grill Food Corp., (la Corporación) una corporación organizada de acuerdo a las leyes del Estado Libre Asociado de Puerto Rico, CERTIFICO, que en reunión de la Junta de Directores de On The Grill Food Corp, debidamente convocada, se adoptó por unanimidad la siguiente resolución:

"Los Directores de la Corporación determinan que es aconsejable y en el mejor interés de la Corporación aprobar y consentir por escrito que Javier Juelle, Presidente de la compañía, contrate los servicios de la Lic. Carmen Conde para radicar la quiebra bajo el Capitulo 11 y llevar a cabo la reorganización de la compañía."

Se certifica además, que dicha resolución no ha sido revocada ni enmendada y la misma esta en efecto y vigor.

En San Juan, Puerto Rico, hoy 2 de agosto de 2010.



UNITED STATES BANKRUPTCY COURT
Distsrict of Puerto Rico

In re:

ON THE GRILL FOOD CORPOATION

Case No.

Chapter 11

Debtor(s)

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $275.00 per hour for Carmen D. Conde Torres, $250.00 per hour for Associates, $200.00 per hour for junior attorneys and $100.00 per hour for legal assistance as a paralegal, in house special clerical services or accounting analyst plus costs and expenses. A retainer in the amount of $20,000.00 has been paid before filing.

2. The source of the compensation paid, or to be paid to me was the Debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date September 13, 2010

Signature /S/ Carmen D. Conde Torres
Carmen D. Conde Torres
Bar No. 207312

B4 (Official Form 4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re  ON THE GRILL FOOD CORPORATION          ,
                      Debtor

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR<br>00908-0146 | | | | 3,518,770.00<br>Collateral FMV<br>193,457.00 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR<br>00919-5387 | | | Unliquidated | 388,631.99 |
| DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>SAN JUAN, PR<br>00919-1020 | | | | 183,325.38 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 177,533.00 |
| SIMON PROPERTY GROUP 105 EISENHOWER PARKWAY ROSELAND, NJ 07068 | | | Unliquidated | 162,471.23 |
| EUROBANK EDIF. MCCONNELL-PRIMER PISO HATO REY, PR 00918 | | | | 121,524.24 |
| DDR DEL SOL LLC SE DEPT 671001-000289 P.O. BOX 536789 ATLANTA GA 30353-6789 | | | Unliquidated | 80,250.00 |
| KIMCO REALTY 3333 NEW HYDE PARK ROAD PO BOX 5020 NEW HYDE PARK, NY 11042 | | | Unliquidated | 49,039.23 |
| MATOSANTOS COMMERCIAL CORP. P.O. BOX 4435 VEGA BAJA PR 00694-4435 | | | | 47,804.09 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICES POST OFFICE BOX 21126 PHILADELPHIA, PA 19114-0326 | | | | 36,526.73 |
| MUNICIPALITY OF SAN JUAN DEPARTAMENTO DE FINANZAS PO BOX 70179 SAN JUAN, PR 00936-8179 | | | | 30,732.00 |
| MUNICIPALITY OF PONCE APARTADO POSTAL 331709 PONCE, PR 00733-1709 | | | | 30,699.00 |
| RG PREMIER BANK LEASING DIVISION PO BOX 2510 GUAYNABO, PR 00970-2510 | | | | 30,689.28 Collateral FMV 0.00 |
| VORNADO CAGUAS LP P.O. BOX 21015A NEW YORK, NY 10286-2015 | | | | 27,518.87 |
| PLAZA LAS AMERICAS APARTADO POSTAL 363268 SAN JUAN PR 00936-3268 | | | | 23,158.91 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MUNICIPALITY OF CAGUAS PO BOX 907 CAGUAS, PR 00726-907 | | | | 21,403.00 |
| PROVISIONES LEGRAND EDIF. C# 1229, MERCADO CENTRAL PUERTO NUEVO, PR 00920 | | | | 20,878.24 |
| MUNICIPALITY OF GUAYNABO APARTADO 7890 GUAYNABO, PR 00970-7890 | | | | 20,832.00 |
| PLAZA DEL CARIBE-PONCE APARTADO POSTAL 363268 SAN JUAN PR 00936-3268 | | | | 14,245.99 |
| MUNICIPALITY OF BARCELONETA PO BOX 2049 BARCEONETA, PR 00617 | | | | 12,798.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    SEPTEMBER 13, 2010

Signature    */s/ Javier Juelle*
JAVIER JUELLE,
PRESIDENT

AAA
PO BOX 70101
SAN JUAN PR 00936-8101


AUTORIDAD ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936-3508


CAPARRA CENTER ASSOCIATES
PO BOX 9506
SAN JUAN PR 00908-0506


CAPARRA CENTER ASSOCIATES SE
PO BOX 9506
SAN JUAN PR 00908-0506


CLEANING CREW
MSC 860 AVE WINSTON CHURCHILL
NO 138
SAN JUAN PR 00926-6023


CONA INVESTMENTS INC
5A CALLE TABONUCO
GUAYNABO PR 00968


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387


DDR DEL SOL LLC SE
DEPT 671001-000289
PO BOX 536789
ATLANTA GA 30353-6789


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


DÍÍAZ CANSECO
PO BOX 364765
SAN JUAN PR 00936-4765


ECOLAB
URB INDUSTRIAL LUCHETTI
LOTE A-13
BAYAMON PR 00961-7414


EMPRESAS DE GAS
PO BOX 1025
SABANA SECA STATION
SABANA SECA PR 00952-1025


EQUIP LEASING
CENTRO INTERNATIONAL DE MERCADEO
TORRE II OFICINA 411
GUAYNABO PR 00968


EUROBANK
EDIF MCCONNELL-PRIMER PISO
HATO REY PR 00918


FIRST BANK
PO BOX 9146
SAN JUAN PR 00908-0146


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


FRANCISCO JUELLE
REY RICARDO NO 382
LA VILLA DE TORRIMAR
GUAYNABO PR 00969

GRANT COURTNEY - DEE PRODUCE
PO BOX 4956
CAGUAS PR 00726


HL HERNANDEZ
CENTRO DE DISTRIBUCIÓÓN AGRICOLA
LOCAL 1 Y 2
PLAZA DEL MERCADO
CAGUAS PR 00725


INTERNAL REVENUE SERVICES
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326


IRS
CITIVIEW PLAZA NO II
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


JAVIER JUELLE
BLOQUE 7 NO 4
CALLE 2
ALTURAS DE TORRIMAR
GUAYNABO PR 00966


JV CLEANING GROUP
PO BOX 8294
BAYAMON PR 00960


KIMCO REALTY
3333 NEW HYDE PARK ROAD
PO BOX 5020
NEW HYDE PARK NY 11042


MARIA C DE JUELLE
REINA ISABEL NO 17
LA VILLA DE TORRIMAR
GUAYNABO PR 00969

MATOSANTOS COMMERCIAL CORP
PO BOX 4435
VEGA BAJA PR 00694-4435


MAYRA VILLATE
BLOQUE 7 NO 4
CALLE 2
ALTURAS DE TORRIMAR
GUAYNABO PR 00966


MINUTEMAN PRESS
URB CAPARRA TERRACE
1503 AVE AMERICO MIRANDA
SAN JUAN PR 00921


MUNICIPALITY OF BARCELONETA
PO BOX 2049
BARCEONETA PR 00617


MUNICIPALITY OF CAGUAS
PO BOX 907
CAGUAS PR 00726-907


MUNICIPALITY OF GUAYNABO
APARTADO 7890
GUAYNABO PR 00970-7890


MUNICIPALITY OF MAYAGUEZ
PO BOX 1852
MAYAGUEZ PR 00681


MUNICIPALITY OF PONCE
APARTADO POSTAL 331709
PONCE PR 00733-1709


MUNICIPALITY OF SAN JUAN
DEPARTAMENTO DE FINANZAS
PO BOX 70179
SAN JUAN PR 00936-8179

NATIONAL LIFE INSURANCE CO
PO BOX 366107
SAN JUAN PR 00936-6107


ON THE GRILL FRANCHISING CORPORATION
TABONUCO STREET 5-A
GUAYNABO PR 00968


OSCAR JUELLE
REINA ISABEL NO 17
LA VILLA DE TORRIMAR
GUAYNABO PR 00969


PLAZA DEL CARIBE
PO BOX 363268
SAN JUAN PR 00936-3268


PLAZA DEL CARIBE-PONCE
APARTADO POSTAL 363268
SAN JUAN  PR  00936-3268


PLAZA LAS AMERICAS
APARTADO POSTAL 363268
SAN JUAN  PR  00936-3268


PLAZA LAS AMERICAS INC
PO BOX 363268
SAN JUAN PR 00936-3268


POPULAR AUTO
1901 AVE JESUS T PINERO
SUITE 467
SAN JUAN PR 00920-5608


PROVISIONES LEGRAND
EDIF C 1229 MERCADO CENTRAL
PUERTO NUEVO PR 00920


RG PREMIER BANK
LEASING DIVISION
PO BOX 2510
GUAYNABO PR 00970-2510

RUBERO BROTHERS
PO BOX 9066300
PUERTA DE TIERRA STA
204 PONCE DE LEÓÓN AVE
SAN JUAN PR 00906-6300


SAN JUAN GAS
BOX 9021632
SAN JUAN PR 00902-1632


SIMON PROPERTY GROUP
105  EISENHOWER PARKWAY
ROSELAND NJ 07068


SIMON PROPERTY GROUP INC
105  EISENHOWER PARKWAY
ROSELAND NJ 07068


TRENDS COMMUNICATIONS
PO BOX 10125
SANTURCE STATION
SAN JUAN PR 00908-0125


UNITED INSURANCE
PO BOX 6356
SAN JUAN PR 00914-6356


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192


VORNADO CAGUAS LP
PO  BOX  21015A
NEW YORK  NY  10286-2015


VORNADO CAGUAS LP
VORNADO REALTY TRUST
210 ROUTE 4 EAST
PARAMUS NJ 07652

VORNADO MONTEHIEDRA ACQUISITION LP
CO BERENSON ASSOCIATES INC
ONE EXETER PLAZA
BOSTON MA 01116


WORLD NET
CENTRO INTERNACIONAL DE MERCADEO-90
CARRETERA 165 SUITE 201-02
GUYANABO PR 00968-8059

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re  ON THE GRILL FOOD CORPORATION  ,
         Debtor

Case No. _____

Chapter  11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 7 pages, is true, correct and complete to the best of my knowledge.

Date  SEPTEMBER 13, 2010

Signature  _____
JAVIER JUELLE,
PRESIDENT

Carmen D. Conde Torres
C. CONDE & ASSOCIATES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523
787-729-2900
787-729-2203