TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: On The Grill Food Corporation
CASE NUMBER: 10-08442
CHAPTER: 11
JUDGE: ESL

DATE OF MEETING: Oct. 22, 2010
TIME OF MEETING: 9:15 a.m.

TRACK NUMBER: 002    003

METER READING
START: 0:00 (hr:min)    0:00 (hr:min)
END: 0:51 (hr:min)    0:57 (hr:min)

1) **DEBTOR:**
   (X) PRESENT Javier Juello Abello
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   (X) PRESENT Carmen Conde
   ( ) NOT PRESENT

3) **CREDITORS:**
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) **TRUSTEE:**
   ( ) HAS BEEN APPOINTED
      NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   (X) HAS BEEN FILED Eurobank, BPPR & BSPR
   ( ) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   (X) HAS BEEN FILED Eurobank, BPPR & BSPR
   (X) HAS NOT BEEN FILED Firstbank
   w/i 30 Days

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) **RENT ROLL:** N/A
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) **MEETING:**
    (X) CLOSED
    ( ) CONTINUED TO:
       DATE: _____
       TIME: _____

16. COMMENTS:

The meeting of creditors was held on October 22, 2010, and was closed.

The debtor promised to deliver to the United States Trustee the document(s) listed as missing in the first page of these minutes within the time period(s) therein indicated. The debtor stated at the meeting of creditors that it would be submitting, correcting, and/or amending the Schedules ("Sch.") and/or Statement of Financial Affairs ("SOFA") by or before November 21, 2010, as follows:

   a. Sch. B, # 3: verify status and amounts of rent deposits for restaurants at Plaza Las Americas mall and Plaza Del Caribe mall and amend if necessary;

   b. Sch. D: verify secured status and amount of secured claim of Firstbank and amend if necessary;

   c. Sch. D: debtor will do a title search at the Puerto Rico Department of State and the Clerk of the United States District Court for Puerto Rico and further amend Sch. D if the results of the title search show it is necessary;

   d. Sch. F: include approximately $600,000 in franchise royalties owed to an affiliated company of the debtor;

   e. Sch. H: investigate and include the issuer of a letter of credit to guaranty the rent on the lease at Plaza Las Americas mall if necessary; and

   f. SOFA # 10: include the June 2009 transfer of 5% of the shares of On The Grill Franchising Corp.

The debtor promised to deliver the United States Trustee by or before November 21, 2010, a copy of the franchise agreement with an affiliated company.

**(Filed Electronically)**

s/ *Edward A. Godoy*  
Edward A. Godoy  
Presiding Officer / Trial Attorney  
USDC-PR No. 202612  
OFFICE OF THE UNITED STATES TRUSTEE  
Edificio Ochoa, 500 Tanca Street, Suite 301  
San Juan, Puerto Rico 00901-1922  
Tel.: (787) 729-7444 / Fax: (787) 729-7449  
USDC-PR No. 202612

November 2, 2010  
Date

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Ramon Torres Rodriguez for Plaza Las Americas, Inc. | | PO Box 361167 San Juan, PR 00936 | 787-767-5410 | 787-759-6340 fax |
| Giselle Martinez Velázquez | Municipality of Barceloneta | 1684 Paraná St. Urb. El Cerezal San Juan, PR 00926 | 787-756-8748 | fax 787-756-868 |
| Carmen Prisulla Figueroa | CRIM | PO Box 195387 San Juan PR 00919-5387 | tel 787-625-2746 x 2104 | fax 787-625-4073 |